**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO.  3:05cr113LAC

AWALD POKRANT, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  December 1, 2005

Motion/Pleadings:  MOTION TO DETERMINE THE VOLUNTARY NATURE OF THE DEFENDANT'S STATEMENTS AND MOTION TO SUPPRESS EVIDENCE SEIZED DURING THE SEARCH OF HIS PROPERTY

Filed by DEFENDANT       on 11/30/05       Doc.# 15

RESPONSES:

                                      on            Doc.#
                                      on            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  /s/ Mary Maloy
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of December, 2005, that:*

*(a) The relief requested is* **DENIED.  MOOT.**

*(b) Withdrawn.*

                                                    s/*L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                                  ***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.